```
JOHN S. LEONARDO
United States Attorney
District of Arizona
Carin C. Duryee
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff
```

✓FILED ____LODGED
___RECEIVED ___COPY

2014 DEC 17 P 4:14

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CARLOS CANTIZANO,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br><br>18 USC §§ 2252(a)(2) and (b)(1)<br>(Distribution of Child Pornography)<br>Count 1<br><br>18 USC §§ 2252A(a)(5)(B) and (b)(2)<br>(Possession of Child Pornography)<br>Count 2 |

CR14-2097TUC JAS(JR)

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

**DISTRIBUTION OF CHILD PORNOGRAPHY**

Between the dates of on or about July 17, 2012 and August 3, 2012, in Sahuarita, in the District of Arizona, CARLOS CANTIZANO, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2),

and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"Pedo 10yo q Daughter Pthc New.mpg"
"(Indian Lolita) Caution 06&07 (Offensive Pthc, 2006).avi" and
"2012 Ultra private (8yo Girl) Squidtopia Pthc-0428.mpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

## POSSESSION OF CHILD PORNOGRAPHY

On or about August 3, 2012, in Sahuarita, in the District of Arizona, CARLOS CANTIZANO did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, CARLOS CANTIZANO knowingly possessed on an HP Pavilion dv6 laptop computer, containing a Seagate SATA hard drive (s/n 5WSOT2ND), images of child pornography, including, but not limited to, the following files:

"Vicky Fuck – 01 (PTHC).avi"
"Daddies Fuck Toy (PTHC).avi"
"Black Baby Ass Fuck (PTHC).avi"
"[g] [toddler] baby_black (cum).mpg"

*United States of America v. Carlos Cantizano*
*Indictment Page 2 of 3*

"babyshivid slave play 4 yo cries squirms resists (toddler serie)(2).mpg" and "Jenny Sucks Daddy (PTHC).avi"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/S/

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/

Carin C. Duryee
Assistant U.S. Attorney

DEC 17 2014

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Carlos Cantizano*
*Indictment Page 3 of 3*