**JILL E. THORPE**
Attorney at Law
177 N. Church, #708
Tucson, Az. 85701
(520) 620-1849
jill@jillthorpe.com
Az Bar No. 10490

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br>　　vs.<br>CARLOS CANTIZANO<br>　　　　Defendant | No. CR 14-2097-JAS-DTF<br><br>MOTION TO WITHDRAW AS COUNSEL |

　　　It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(8)(A) and (h)(8)(B)(i) will occur as a result of this motion or an order based thereon.

　　　Jill Thorpe, by and for the defendant, CARLOS CANTIZANO, at the direction of Mr. Cantizano, respectfully asks this Court to schedule a hearing because Mr. Cantizano would like to explain his request to have new counsel appointed to represent him.  Mr. Cantizano has expressed a difficulty communicating with counsel arising from aspects of Mr. Cantizano's own personality, which might nevertheless not exist with new counsel.

　　　Mr. Cantizano is charged with the very serious charges of possession and distribution of child pornography. Mr. Cantizano is

**JILL E. THORPE**
Attorney at Law
177 N. Church, #708
Tucson, Az. 85701
(520) 620-1849
jill@jillthorpe.com
Az Bar No. 10490

adamant that he is not guilty of knowingly downloading or possessing child pornography. The Sixth Amendment guarantees counsel to criminal defendants. U.S. Const. amend. VI. New counsel should be granted if the defendant shows "a significant breakdown in communication that substantially interfere[s] with the attorney-client relationship." U.S. v. Adelzo-Gonzalez, 268 F.3d 772, 779 (9th Cir. 2001).

     Currently this court has filed a scheduling order which includes deadlines for aspect of trial preparation, including a trial to begin on February 23, 2016. This issue needs to be resolved as soon as possible, given the upcoming trial date.

     Respectfully submitted this 14th day of January, 2016.

                                      s/Jill Thorpe/
                                      JILL E. THORPE, #10490
                                      Attorney for the Defendant

Copy mailed/delivered this
14th day of January, 2016, to:

U.S. District Court

Carin Duryee
United States Attorney's Office

-2-