Evans Law Offices, PLLC
Mark E. Evans
1 South Church Ave
Suite 1200
Tucson, AZ  85701
Telephone:  520 448 5024/520 850 5822
evanslawtucson@gmail.com
Arizona State Bar Number 019067
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-14-02097-TUC-JAS(JR) |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL OF RECORD |
| Carlos Cantizano, | |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7) will occur as a result of this motion or an order based thereon.

Defendant, through counsel, requests counsel undersigned be withdrawn as counsel of record.  The attorney client relationship is irretrievably fractured due to a lack of trust and several other factors.  Counsel undersigned cannot effectively continue to represent the Defendant under prevailing ethics standards.  It is in the interests of justice for other counsel to be appointed.

RESPECTFULLY SUBMITTED: September 9, 2016.


*s/ Mark E. Evans*
MARK E. EVANS
Attorney for Defendant

1

*Certificate of Service*

*I hereby certify that on September 9, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:*

Carin C. Duryee,
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
carin.duryee@usdoj.gov