Exhibit A

Gasoline Prices

Exhibit A

Gas Prices as of 11/21/16  Riverside($2.72/gal) - Tucson($1.89/gal).

http://www.californiagasprices.com/Riverside%20-%20East/index.aspx

**California Avg**

## Search Gas Prices
Show Search Options

Search

### Lowest Regular Gas Prices in the Last 36 hours

| Price | Station | Area | Thanks |
|---|---|---|---|
| 2.35 update | Sam's Club  6363 Valley Springs Pkwy & Corporate Centre Pl | Riverside - East | sptdog333  15 hours ago |
| 2.45 update | TOP TIER ARCO  2624 E Alessandro Blvd & I-215 | Riverside - East | kls8216  3 hours ago |
| 2.47 update | TOP TIER ARCO  1360 W Blaine St & CA-60 | Riverside - East | built_iron  14 hours ago |
| 2.49 update | TOP TIER Conserv Fuel  6189 Day St & Canyon Springs Pkwy | Riverside - East | 1purpleprinces  11 minutes ago |
| 2.49 update | TOP TIER ARCO  1294 University Ave & Iowa Ave | Riverside - East | built_iron  14 hours ago |
| 2.59 update | TOP TIER ARCO  2720 14th St & Victoria Ave | Riverside - East | Miss_Jane11  3 hours ago |
| 2.59 update | TOP TIER Shell  1308 University Ave & Iowa Ave | Riverside - East | built_iron  14 hours ago |
| 2.59 update | TOP TIER Mobil  1147 University Ave & CA-60 | Riverside - East | built_iron  14 hours ago |
| 2.67 update | 76  381 E Alessandro Blvd & Mission Grove Pkwy S | Riverside - East | HawaiiorBust  15 hours ago |

| Price | Station | Area | Thanks |
|---|---|---|---|
| 2.69 | TOP TIER 76 — 1395 W Blaine St & I-215 | Riverside - East | built_iron — 5 hours ago |
| 2.69 | TOP TIER Shell — 401 E Alessandro Blvd & Mission Grove Pkwy | Riverside - East | HawaiiorBust — 15 hours ago |
| 2.69 | TOP TIER ARCO — 501 E Alessandro Blvd & Northrop Dr | Riverside - East | HawaiiorBust — 16 hours ago |
| 2.73 | TOP TIER ARCO — 6287 Day St & Campus Pkwy | Riverside - East | friendlyperson — 5 minutes ago |
| 2.81 | TOP TIER Chevron — 5225 Canyon Crest Dr & El Cerrito | Riverside - East | GB_Direct — 23 hours ago |
| 2.85 | TOP TIER Chevron — 2200 Alessandro Blvd & Sycamore Canyon Blvd | Riverside - East | kls8216 — 3 hours ago |
| 2.93 | TOP TIER 76 — 5720 Sycamore Canyon Blvd & Box Springs Rd | Riverside - East | sptdog333 — 15 hours ago |
| 2.97 | TOP TIER 76 — 2658 University Ave & Victoria Ave | Riverside - East | lissaann61 — 13 hours ago |
| 2.99 | TOP TIER Shell — 3261 Iowa Ave & Blaine St | Riverside - East | sptdog333 — 15 hours ago |
| 3.07 | TOP TIER Shell — 2646 E Alessandro Blvd & I-215 | Riverside - East | kls8216 — 3 hours ago |

Eliminate Highest Price: $3.07 and Lowest Price $2.45  Leaving an average price of $2.72/gal. in Riverside.

880 miles roundtrip @ 25mpg = 35.2 gals minimum gas @ $2.30/gal = $81.00 absolute minimum cost of gasoline since it includes only the bare mileage between Tucson and Riverside and does not account for any additional driving.