Exhibit B

Travel Expenses

```
SHELL FUELS
RIALTO, CA
909-874-4950
RIALTO SHELL
THANK YOU
HAVE A NICE DAY
PRINT TABLE      07
PRINT TABLE      08
PRINT TABLE      09


DATE 07/11/16  20:23
TRAN# 9087517
PUMP# 08
SERVICE LEVEL: SELF
PRODUCT: REGULAR
GALLONS:     25.884
PRICE/G:   $  2.859
FUEL SALE  $ 74.00
    CREDIT   $74.00

XXXX XXXX XXXX 0299
MASTERCARD
AUTH # 09027B
INV # 894568
-----------------------
Bonus Savings
Join Fuel Rewards...
and earn $0.10/gal
when you buy Shell
V-Power NiTRO+.  See
www.fuelrewards.com
for terms/conditions
- Offer ends 10/2.


PRINT TABLE      0A
PRINT TABLE      0B
PRINT TABLE      0C
```

```
Welcome To Loves#659
8313 W Roosevelt St
Tolleson AZ 85353

07/12/16  02:36

Pump  Gallons  Price
 07   17.140 $ 2.159

Product         Amount
Unleaded       $ 37.01

TOTAL SALE     $ 37.01

############0299
Card:  MC
Approval:      06036B

Ticket:         87824




TOTAL SALE     $ 37.01

Pumps 1 through 16
Auto Diesel Tax
Rate @ $0.18 per/gal
Pumps 17 through 24
Truck Diesel Tax
Rate @ $0.26 per/gal
```

```
Welcome To Loves#280
1610 S. Miller Rd.
Buckeye AZ

07/12/16  12:08

Pump  Gallons  Price
 01   16.521 $ 2.179

Product         Amount
Unleaded       $ 36.00

TOTAL SALE     $ 36.00

############0299
Card:  MC
Approval:      05051B

Ticket:         28735



TOTAL SALE     $ 36.00

Pumps 1 through 16
Auto Diesel Tax
Rate @ $0.18 per/gal
Pumps 17 through 22
Truck Diesel Tax
Rate @ $0.26 per/gal
```

```
14590

La Placita
Garage
211 SOUTH CHURCH
THIS TICKET MUST BE VISIBLE
ON DASH AT ALL TIMES
NOT A BAILMENT - LOCK YOUR CAR
LOST TICKET PAYS FULL RATE.

# 5.00
```

```
Vist www.QuiznosFeedback.com
Tell Us About Your Experience
And Earn A Chance To Win

#089075  07/12/2016  2:08:48PM
01 CLERK01               000000

1@ 10.25             T$10.25
DEPT.01
MDSE ST               $10.25
TAX1                   $0.78

ITEMS 10
CASH                 $11.03


A 500 Visa Gift Card.
STORE#9944 PHONE# 928 927 5233
```

```
********** DTRCPT PRINTER **********

Your Order # 0001
***     DRIVE THRU     ***
      1-844-617-2524
      info@guestemail.com

Store: 7519
Check: 0001          07/12/16  4:36AM
Server: 00477/Alyssa

QTY  ITEM           U/PRICE SUBTOTL

 1   CKN CLUB                   5.49

               SubTotal =       5.49
               Discount =       0.00
              Adj Total =       5.49
                    Tax =       0.44
            GRAND TOTAL =       5.93
         Cash Tendered = USD    6.00

                 Change =       0.07

@06 by 00477/Alyssa
```