# Exhibit C

# 2014 Federal Tax Return

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2014**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____, 2014, ending _____, 20 _____   See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| CARLOS | CANTIZANO | |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CA   92376

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

Foreign country name   Foreign province/state/county   Foreign postal code

**Filing Status**
Check only one box.
1 [X] Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instr.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a . . . . .
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:
(1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) [X] if child under age 17 qualifying for child tax credit (see instructions)

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b: 1
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . .

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

| | | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 0 |
| 8a | Taxable interest. Attach Schedule B if required | |
| b | Tax-exempt interest. Do not include on line 8a    8b    0 | |
| 9a | Ordinary dividends. Attach Schedule B if required | 0 |
| b | Qualified dividends    9b    0 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 0 |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | -159 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 0 |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions    15a        b Taxable amount | 0 |
| 16a | Pensions and annuities    16a        b Taxable amount | 0 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | 0 |
| 19 | Unemployment compensation | |
| 20a | Social security benefits    20a        b Taxable amount | |
| 21 | Other income. List type and amount _____ | 0 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | -159 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses    23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ    24    0 | |
| 25 | Health savings account deduction. Attach Form 8889    25    0 | |
| 26 | Moving expenses. Attach Form 3903    26    0 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE    27    0 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans    28    0 | |
| 29 | Self-employed health insurance deduction    29    0 | |
| 30 | Penalty on early withdrawal of savings    30    0 | |
| 31a | Alimony paid    b Recipient's SSN ▶ _____    31a | |
| 32 | IRA deduction    32    0 | |
| 33 | Student loan interest deduction    33 | |
| 34 | Tuition and fees. Attach Form 8917    34 | |
| 35 | Domestic production activities deduction. Attach Form 8903    35    0 | |
| 36 | Add lines 23 through 35 | 0 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | -159 |

KIA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2014)

Form 1040 (2014)   CARLOS   CANTIZANO                                                                           Page 2

### Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | -159 |
| 39a | Check if: ☐ You were born before January 2, 1950, ☐ Blind. ☐ Spouse was born before January 2, 1950, ☐ Blind. Total boxes checked ▶ 39a | | 0 |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 6,200 |
| 41 | Subtract line 40 from line 38 | 41 | -6,359 |
| 42 | Exemptions. If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 3,950 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814   b ☐ Form 4972   c ☐ | 44 | 0 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 0 |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| 47 | Add lines 44, 45, and 46 | 47 | 0 |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | 0 |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | 0 |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 54 | 0 |
| 55 | Add lines 48 through 54. These are your total credits | 55 | 0 |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0 |

Standard Deduction for—
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $6,200
Married filing jointly or Qualifying widow(er), $12,400
Head of household, $9,100

### Other Taxes

| 57 | Self-employment tax. Attach Schedule SE | 57 | 0 |
|---|---|---|---|
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | 0 |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | 0 |
| 60a | Household employment taxes from Schedule H | 60a | 0 |
| 60b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | 0 |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ | 61 | |
| 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) _____ | 62 | 0 |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 0 |

### Payments

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 0 |
|---|---|---|---|
| 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | 0 |
| 66a | Earned income credit (EIC) | 66a | |
| 66b | Nontaxable combat pay election | 66b | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| 70 | Amount paid with request for extension to file | 70 | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | 0 |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| 73 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ Reserved  d ☐ | 73 | 0 |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 0 |

If you have a qualifying child, attach Schedule EIC.

### Refund

| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | |
|---|---|---|---|
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | |
| b | Routing number XXXXXXXXX  ▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number XXXXXXXXXXXXXXXXX | | |
| 77 | Amount of line 75 you want applied to your 2015 estimated tax ▶ | 77 | |

### Amount You Owe

| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 0 |
|---|---|---|---|
| 79 | Estimated tax penalty (see instructions) | 79 | |

### Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below.  ☒ No
Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

### Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: SELF EMPLOYED | Daytime phone number: 323-646-5292

Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

Joint return? See instructions. Keep a copy for your records.

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P00451432 |
|---|---|---|---|---|
| Firm's name ▶ R.R. Income Tax | | Firm's EIN ▶ | | |
| Firm's address ▶ 9380 W. Foothill Blvd. Rancho Cucamonga, CA 91730 | | Phone no. | | |

KIA   www.irs.gov/form1040                                                                                      Form 1040 (2014)

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | **2014** Attachment Sequence No. 09 |

Name of proprietor: CARLOS CANTIZANO

Social security number (SSN): [redacted]

A Principal business or profession, including product or service (see instructions): MODEL DESIGN

B Enter code from instructions: ▶ 561790

C Business name. If no separate business name, leave blank.: SERVICE MODEL DESIGN

D Employer ID number (EIN), (see instr.):

E Business address (including suite or room no.) ▶ [redacted]
City, town or post office, state, and ZIP code [redacted]

F Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ _____

G Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses . . . [X] Yes [ ] No

H If you started or acquired this business during 2014, check here . . . ▶ [ ]

I Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) . . . [ ] Yes [X] No

J If "Yes," did you or will you file required Forms 1099? . . . [ ] Yes [ ] No

### Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on form W-2 and the "Statutory employee" box on that form was checked. ▶ [ ] | 1 | 20,142 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 20,142 |
| 4 | Cost of goods sold (from line 42) | 4 | 0 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 20,142 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 20,142 |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | 1,772 |
| 9 | Car and truck expenses (see instructions) | 9 | 5,015 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 3,315 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 0 | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 7,127 |
| | | | | 23 | Taxes and licenses | 23 | 300 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | 0 |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 2,772 |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | | | | | 28 | 20,301 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | -159 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | | 30 | 0 |
| 31 | Net profit or (loss). Subtract line 30 from line 29. <br>• If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. <br>• If a loss, you must go to line 32. | | | | | 31 | -159 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). <br>• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. <br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a [X] All investment is at risk. <br> 32b [ ] Some investment is not at risk. | |

KIA    For Paperwork Reduction Act Notice, see the separate instructions.    Schedule C (Form 1040) 2014