Exhibit D

Cantizano Letter

12-12-16
In February 2016 I was assigned new representation Mark Evans. Due to the high expenditures in traveling to Arizona twice in January plus increased financial expenses by Pre-Trial Services in December, I was not able to afford driving to Arizona for my first meeting with my new lawyer in person. I believe this type of situation brought on by the location of the venue cumulates in negative circumstances affecting my ability to communicate with my lawyer to better mount an adequate defense.
So on February 3' 2016 I had my first telephonic meeting with Mark Evans. I updated mark on what had happened up to date on the case. I included my opinion on Jill Thorp and why I had asked for a new lawyer and mentioned what had happened with Richard Bock.

I continuance with my case I told Mark about an email on 10-19-2015 between Jill thorp and I that had raised new questions in the case for me.
I had Mark questions ▮▮▮▮ the forensic analyst regarding this e-mail.
This brought to light financial files that the forensic analyst was claiming belonged to me and had my name on them. I told mark that these financial statements could not belong to me.
▮▮▮▮ insisted that they had my name on them and they belonged to me.
I told Mark I could produce physical financial statement to prove they did not belong to me.
Mark asked ▮▮▮▮ to produce the statements in question with my name on them.
Once the analyst produced the files in question they did not have my name on them.
The analyst apologized to Mark about the mistake and said "This was an oversight on her part and simply a failure to accurately recall the documents on the computer"
This was a lie. I did a little researched and found she mentions the same statements belonging to me on page 15 of her final Analyst Report dated 11-4-15. that's four Months earlier.
So it was not just a simple oversight. I told mark I did not trust the analyst's excuses.
Since this was a phone conversation I asked Mark to send me an email to confirm what the analyst had told him. (E-mail dated 3-30-16 attached)

With the new evidence that had come to light I needed new financial approval to analyze the evidence that would help in my defense. I told Mark I did not want to use our current analyst they did not do the job they were hired to do the first time around and had lied to me, and with a letter they sent Mark which he forwarded to me I no longer trusted them. I did not believe they were giving me truthful forensic evidence. Mark asked me to write a letter explaining why we needed a new expert for the analysis he wanted to attach it to the motion.
On 4-20-16 10:49am I gave Mark the letter he requested and asked Mark to file the motion requesting new funding to analyze the new evidence that could help my defense.
On 5-26-16 10:41am in preparation for the trial I asked Mark to file the motion to suppress the "No one else had access to my computer" statement due to coercion by the HSI agent.
All through May and June I kept asked Mark if we had received approval for the new Analyst.
It was always "no they haven't approved it yet".
On 6-25-16 12:14am via e-mail due to bad phrasing in the e-mail I thought Mark was telling me that funding for the new analyst had finally been approved. I thought we were on track to get to trial quickly so when marked told me he was filing a motion for a 90 day continuance I asked him if he could bring it down to 60 days. I wanted to try and get to trial as quickly as possible.
On 6-27-16 11:12am I did bring to Marks attention that I was getting the feeling that he was not looking out for my interests. He was not answering my e-mails. I was seeing delays in document requests.
I was just getting the feeling that he was not fighting for his clients rights.
On 6-27-16 11:11pm Mark let me know that he was considering withdrawing from my case because of my accusations.

At this time I was starting to feel the financial stress of my previous trips to Arizona. I was also trying to get Pre Trial Services to stop with the additional monthly charges they started in December.

On 6-30-16 12:59pm Mark called me. I apologized to Mark for my remarks. Mark suggested I should feel lucky with the attention he was giving my case. Clients sitting in jail had no choice but to wait for their lawyer. If I wanted more attention I should consider hiring a private attorney. I told him that I had tried but a $30 thousand down payment and the high travel expense to Arizona put that option out of my reach. Mark told me this case should not be costing more than $15 thousand to get to trial.
And I should try to hire a private lawyer again. I tried explaining to Mark that was not a possibility.
I was already feeling the financial burden from six trips to Arizona.
At this time I asked Mark about possible getting a change of venue to California.
Mark told me "no" that change of venue was only for high profile cases like OJ Simson
where it had been plastered all over the media. This did not sound right to me but I did not argue.

On 7-2-16 1:16am Mark e-mails me that he will be seeking court approval for the new defense expert.
I found this upsetting. If he was talking about the forensic analyst expert he was supposed to have requested court approval back in April. For over two Months I have been asking if the court approved the funding and he has been telling me not yet.

I called and e-mailed Mark that I wanted to talk with him in person at the 7-12-16 plea hearing.
On 7-8-16 7:02pm Mark calls me tells me that the 7-12-16 date has been vacated it has been moved to 10-12-16. I ask about the forensic analyst but do not remember getting a clear answer.

7-10-16 I do not think we are communicating properly. Mark insists I need to hire a private attorney.

7-27-16 3:41pm I e-mail Mark that I did as he asked me and tried to hire a private attorney
Like I tried to explain to him before I can't afford a private attorney quotes were 23 grand or higher.
I ask Mark about filing a Change of Venue this time under "Interest of Justice"
The unfavorable location and high travel costs have created a financial burden for me.

7-29-16 1:36am Mark e-mails response (The quotes are too high. You did not do what I told you.
There is no basis for a change of venue, as I have told you over and over again. Once again, you
Have sent me a message that I believe causes me to consider withdrawing from your case, but I won't
You are really pushing the line. If I am going forward with you we must get prepared)

8-1-16 10:29am I respond by e-mail: Yes the quotes are high, I agree. Yet there is not much I can do about it that helps my case at this time. And I am really tired of you saying your "considering withdrawing from my case" If you feel you have just cause to withdraw then do it.
I go on to say that I will keep asking questions that he may not like.
I remind him that up till now he has not properly answered if he ever filed the motion requesting funds for the new analyst. He was supposed to have requested the funds back in April 2016.
By this time I had found out about the Docket sheet in my case, but I had not been able to figure out how to get a copy. So I asked Mark if he could e-mail me a copy of my Docket sheet.

8-5-16 8:07am e-mail to Mark: I have found out about Pacer and now I have a copy of my docket report.
I have questions that need answers please call me.

8-5-16 1:12pm One of the main questions that I asked was why he never filed the motion to request funds for a new forensic analysis. For Months he kept me believing the court was delaying approval for the funds. Mark said he did not think we would get approval. I told him why he just didn't communicate that to me. I told him that I learned from another lawyer that I could pay for analyst myself why did he not offer me that? He tried saying that he did, but I reminded him that he never did. His suggestion was to hire a private lawyer. I honestly did not know if I could afford it, and asked if he knew the costs Mark did not. I mentioned if we could just analyze that section that we needed to avoid any high expense he said yes and if I could write a letter saying that I wanted to hire my own analyst.

After the phone call I started to revise our conversation. Mark never asked the court for the analyst funding, he unilaterally decided they would not approve it. This was not his decision to make it was the courts to make through a legal filing of a motion. And now I was getting talked into paying for something I do not even know the cost of. Can I really trust Mark to start being truthful with me.
Mark already delayed my case from getting to trial by not filing motions in a timely manner.
Communication between Mark and me was not good, can I expect this to change.
He was evasive with answers and once I caught him changing the subject to avoid giving an answer.
I wondered how many times before he did the same thing without me catching it.

8-11-16 11:35am e-mail to Mark.
I took the weekend to decide on my conversation with Mark.
I decide I could not go to trial with someone I did not trust.
I asked Mark to please file a motion to appoint new council.

With Jill Thorp trying to get me to take plea deal, Richard Brock trying to convince me I had no choice but to stay with Jill Thorp, And the Analyst claiming there was nothing that could help my defense when there actually was. To me it felt like an attempt to take away my right to Due Process.
And now Mark Evans delaying my case by not filing motions.
Are they honest mistakes or unethical behavior?  Because of these troubles with my past lawyers and the financial burden they have caused. I am requesting a Change of Venue to California.
Thank you for your time.