ELIZABETH A. STRANGE
Acting United States Attorney District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
CARMEN F. CORBIN
Assistant U.S. Attorney
State Bar No. 025422
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carmen.corbin@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     vs.<br><br>CARLOS CANTIZANO,<br><br>            Defendant. | CR 14-02097-TUC-JAS(JR)<br><br>**GOVERNMENT'S NOTICE OF EXPERT WITNESS TESTIMONY** |

Plaintiff, United States of America, by and through its undersigned attorneys, and pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, hereby files this notice of intent that it will call expert witnesses in the above referenced case.

The Government requests written notice, pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure, of any expert witnesses defendant plans to call at trial.

<u>Notice of Expert Witness</u>

The government will call Special Agent William (Cody) C. Nuckles of Homeland Security Investigations to testify with regard to the search of the computers and computer storage media seized in connection with the above referenced matter.  In addition, he will provide background information pertaining to the investigation and forensic search of computers and storage media specifically, and computers and the internet in general.  SA

1  Nuckles will also testify with regard to file sharing networks, commonly referred to as
2  "peer to peer" or "P2P."  He will discuss the operation and limitations of that software
3  program. He will also testify, pursuant to Rule 702 of the Federal Rules of Evidence, as to
4  his technical and specialized knowledge regarding the examination of computers.  This
5  testimony will include SA Nuckles' training and background, the nature of his
6  examinations and analyses of the computers and related media in this case, and the methods
7  and/or software used to assist in his examinations.  All reports and chain of custody
8  paperwork have been, or will be, provided to the defense prior to trial.

9  Respectfully submitted this 19th day of April, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*/s/ Carmen F. Corbin*

CARMEN F. CORBIN
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 19th day of April, 2017, to:

Brad Roach, Esq.
Attorney for Defendant

- 2 -