### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

United States of America
PLAINTIFF
                    V.

Carlos Cantizano
DEFENDANT



EXHIBIT LIST

FILED ___ LODGED
RECEIVED ___ COPY

APR 2 0 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

CASE NUMBER: CR 14-2097-TUC JAS

| PRESIDING JUDGE<br>Raner C. Collins | COURTROOM DEPUTY | COURT REPORTER |
| --- | --- | --- |
| HEARING/TRIAL DATE(S)<br>April 20, 2017 | PLAINTIFF ATTORNEY(S)<br>Carin Duryee | DEFENDANT ATTORNEY(S)<br>Bradley Roach |

| PLF<br>NO. | DFT<br>NO. | DATE ADMITTED | EXHIBITS |
| --- | --- | --- | --- |
| | 1 | | Mapquest image of 1134 E. Mt. Shibell Drive -close |
| | 2 | | Mapquest image of 1134 E. Mt. Shibell Drive -far |
| | 3 | | Search Warrant 12-04741M |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |