## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
PLAINTIFF

V.

WITNESS LIST

CARLOS CANTIZANO
DEFENDANT

CASE NUMBER:14-CR-02097 JAS - JR

| PRESIDING JUDGE | COURTROOM DEPUTY | COURT REPORTER |
|---|---|---|
| James Soto | | |
| **HEARING/TRIAL DATE(S)** | **PLAINTIFF ATTORNEY(S)** | **DEFENDANT ATTORNEY(S)** |
| July 25, 2017 | Carin Duryee<br>Carmen Corbin | Bradley Roach |

| PLF | DFT | DATE SWORN | DATE APPEARED | WITNESSES | Under Rule |
|---|---|---|---|---|---|
| | | | | Armando Prado Corona | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |